**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**Sondra Welch, et al.**                                                **PLAINTIFFS**

      **vs**                            **4:06-CV-00299-BRW**

**Wyeth, et al.**                                                       **DEFENDANTS**

### ORDER

The Defendants' Request for Order pursuant to Amended General Order No 54 Authorizing Possession of Electronic Devices in Courthouse is GRANTED.

Linda Andersen, Emily Blake, Natalie Butrym, Dell Chappell, David Dukes, Bruce Graham, Lane Heard, Michael Hogue, Betty Hopper, Mark Jones, Amanda Kitts, Josh Kugler, Mary Lawrence, Jeannie McSherry, Connie Matteo, Tyler McGaughey Keith Moore, Malini Moorthy, Lee Mullins, Eric Paine, Dan Schoner, Mary Lou Snipes, Troy Sweetland, Kevin Welch and Kay Young are authorized to bring into the Courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, iPhones, Blackberries and other PDA-type devices, while attending the trial in the above styled case in Judge Wilson's courtroom.

The parties are reminded that pursuant to Amended General Order No. 54, paragraph 7(b), cell phones, iPhones, Blackberries or PDA type devices must be turned off and put away when in the courtroom.

IT IS SO ORDERED this 8th day of August, 2012.

                                                              /s/Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE