IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SONDRA J.WELCH                                                                                          PLAINTIFF

vs.                                            4:06CV00299-BRW

WYETH, ET AL.                                                                                           DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial August 13, 2012, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on August 29, 2012. Now, based on that verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Sondra J. Welch, take nothing on her Complaint and that Judgment be entered in favor of the defendants, and the Complaint is hereby DISMISSED.

IT IS SO ORDERED this 22nd day of October, 2012, and Nunc Pro Tunc to August 29, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

judgmentjuryverdict.wpd